1  CARY D. MCREYNOLDS, #191112
   R.M. BONNIFIELD, #60616
2  NICHOLAS ROSCHA, #181501
   ANDERSEN & BONNIFIELD
3  One Corporate Centre
   1320 Willow Pass Road, Suite 500
4  Concord, California  94520
   Telephone: (925) 602-1400
5
   Attorneys for Defendants FRANCIS G. SHIELDS
6  REVOCABLE TRUST DATED JULY 21, 2004
   AND BARBARA J. SHIELDS 1993 TRUST UTA
7  DATED MAY 25, 1993

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  DAVID JOHNSON,                    )   CASE NO.: C 07-6400-PJH
                                      )   Civil Rights
12          Plaintiff,                )
                                      )   FRANCIS G. SHIELDS REVOCABLE
13          v.                        )   TRUST DATED JULY 21, 2004 AND
                                      )   BARBARA J. SHIELDS 1993 TRUST
14  FRANCIS G. SHIELDS REVOCABLE      )   UTA DATED MAY 25, 1993'S ANSWER
    TRUST DATED JULY 21, 2004 AND     )   TO COMPLAINT
15  BARBARA J. SHIELDS 1993 TRUST     )
    UTA DATED MAY 25, 1993,           )
16                                    )
            Defendants.               )
17                                    )
                                      )
18  _____ )

19        Defendants FRANCIS G. SHIELDS REVOCABLE TRUST DATED JULY 21, 2004

20  AND BARBARA J. SHIELDS 1993 TRUST UTA DATED MAY 25, 1993 ("Defendants"),

21  hereby answer the unverified Complaint of Plaintiff as follows:

22        1.      Defendants do not have sufficient information upon which to base a belief as to the

23  truth or veracity of the statements and allegations contained in Paragraph 1 of the Complaint, and

24  basing their denial on that ground, deny each and every allegation thereof.

25        2.      Defendants admit the allegations contained in Paragraph 2 of the Complaint.

26        3.      Defendants do not have sufficient information upon which to base a belief as to the

27  truth or veracity of the statements and allegations contained in Paragraph 3 of the Complaint, and

28  basing their denial on that ground, deny each and every allegation thereof.

1    4.    Defendants admit the allegations contained in Paragraph 4 of the Complaint.

2    5.    Defendants admit the allegations contained in Paragraph 5 of the Complaint.

3    6.    Defendants admit the allegations contained in Paragraph 6 of the Complaint.

4    7.    Defendants admit the allegations contained in Paragraph 7 of the Complaint.

5    8.    Defendants do not have sufficient information upon which to base a belief as to the

6    truth or veracity of the statements and allegations contained in Paragraph 8 of the Complaint, and

7    basing their denial on that ground, deny each and every allegation thereof.

8    9.    Defendants deny the allegation set forth in first sentence of Paragraph 9.

9    Defendants do not have sufficient information upon which to base a belief as to the truth or

10   veracity of the statements and allegations contained in remainder of Paragraph 9 of the Complaint,

11   and basing their denial on that ground, deny each and every allegation thereof.

12   10.    Defendants do not have sufficient information upon which to base a belief as to the

13   truth or veracity of the statements and allegations contained in the first and third sentences of

14   Paragraph 10 of the Complaint, and basing their denial on that ground, deny each and every

15   allegation thereof.  Defendants further deny the allegations set forth in the second sentence of

16   Paragraph 10.

17   11.    Defendants admit the allegations contained in Paragraph 11 of the Complaint.

18   12.    Defendants admit the first two sentences of Paragraph 12 of the Complaint.

19   Defendants deny the allegation set forth in the third sentence of Paragraph 12.

20   13.    Defendants do not have sufficient information upon which to base a belief as to the

21   truth or veracity of the statements and allegations contained in Paragraph 13 of the Complaint, and

22   basing their denial on that ground, deny each and every allegation thereof.

23   14.    Defendants deny the allegations contained in Paragraph 14 of the Complaint.

24   15.    Defendants do not have sufficient information upon which to base a belief as to the

25   truth or veracity of the statements and allegations contained in Paragraph 15 of the Complaint, and

26   basing their denial on that ground, deny each and every allegation thereof.  Defendants deny all

27   allegations they are responsible for Plaintiff's harm.  Defendants are the owners of the land

28   however they do not own the building upon which Plaintiff's Complaint is predicated.

16.     Defendants deny the allegations contained in the first two sentences of Paragraph 16 of the Complaint.  Defendants do not have sufficient information upon which to base a belief as to the truth or veracity of the statements and allegations contained in the remainder of Paragraph 16 of the Complaint and, basing their denial on that ground, deny each and every allegation thereof.

17.     Defendants deny the allegations contained in the first sentence of Paragraph 17 of the Complaint.  Defendants do not have sufficient information upon which to base a belief as to the truth or veracity of the statements and allegations contained in the remainder of Paragraph 17 of the Complaint and, basing their denial on that ground, deny each and every allegation thereof.

18.     Defendants do not have sufficient information upon which to base a belief as to the truth or veracity of the statements and allegations contained in Paragraph 18 of the Complaint, and basing their denial on that ground, deny each and every allegation thereof.

19.     Inapplicable.

20.     Defendants admit the allegations contained in Paragraph 20 of the Complaint.

21.     Defendants admit the allegations contained in Paragraph 21 of the Complaint.

22.     Defendants admit the allegations contained in Paragraph 22 of the Complaint.

23.     Defendants admit the allegations contained in Paragraph 23 of the Complaint.

24.     Defendants deny the allegations contained in the last sentence of  Paragraph 24 of the Complaint and admit all other allegations contained in Paragraph 24.

25.     Defendants do not have sufficient information upon which to base a belief as to the truth or veracity of the statements and allegations contained in Paragraph 25 of the Complaint, and basing their denial on that ground, deny each and every allegation thereof.

26.     Defendants deny the second sentence of Paragraph 26 of the Complaint and admit all other portions of Paragraph 26.

27.     Defendants do not have sufficient information upon which to base a belief as to the truth or veracity of the statements and allegations contained in Paragraph 27 of the Complaint, and basing their denial on that ground, deny each and every allegation thereof.

WHEREFORE, Defendants pray for judgment against Plaintiff as follows:

1      1.      Plaintiff take nothing by way of his Complaint against Defendants;

2      2.      For reasonable attorney's fees;

3      3.      For costs of suit; and

4      4.      For such other and further relief as the Court deems just and proper.

5    DATED:      May 6, 2008          ANDERSEN & BONNIFIELD
                                      Attorneys for Defendants
6

7
                                By:   /s/ Cary D. McReynolds
8                                     CARY D. McREYNOLDS

9

10   J:\KVAM\PLD\ANSWER01.wpd

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Answer to Complaint                    4