1  CARY D. MCREYNOLDS, #191112
   R.M. BONNIFIELD, #60616
2  NICHOLAS ROSCHA, #181501
   ANDERSEN & BONNIFIELD
3  One Corporate Centre
   1320 Willow Pass Road, Suite 500
4  Concord, California  94520
   Telephone: (925) 602-1400

5

   Attorneys for Defendants and Cross-Complainants FRANCIS G. SHIELDS
6  REVOCABLE TRUST DATED JULY 21, 2004
   AND BARBARA J. SHIELDS 1993 TRUST UTA
7  DATED MAY 25, 1993

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11  DAVID JOHNSON,                          )    CASE NO.: C 07-6400-PJH
                                            )    Civil Rights
12            Plaintiff,                     )
                                            )
13               v.                          )
                                            )    THIRD PARTY COMPLAINT AGAINST
14  FRANCIS G. SHIELDS REVOCABLE            )    NANCY NELSON, LEONA A. JOHNSON,
    TRUST DATED JULY 21, 2004 AND           )    ARTHUR J. JOHNSON FOR
15  BARBARA J. SHIELDS 1993 TRUST           )    INDEMNIFICATION AND BREACH OF
    UTA DATED MAY 25, 1993,                 )    LEASE
16                                           )
              Defendants.                    )
17                                           )
    _____)
18                                           )
    FRANCIS G. SHIELDS REVOCABLE            )
19  TRUST DATED JULY 21, 2004 AND           )
    BARBARA J. SHIELDS 1993 TRUST           )
20  UTA DATED MAY 25, 1993,                 )
                                            )
21            Cross-Complainants,            )
                                            )
22               v.                          )
                                            )
23  NANCY NELSON, LEONA A. JOHNSON          )
    AND ARTHUR J. JOHNSON and DOES 1        )
24  through 20,                              )
                                            )
25            Cross-Defendant.               )
    _____)
26

27  ///

28  ///

Third Party Complaint Against Nelson and Johnsons      1

1    Cross-Complainants FRANCIS G. SHIELDS REVOCABLE TRUST DATED JULY 21,

2  2004 AND BARBARA J. SHIELDS 1993 TRUST UTA DATED MAY 25, 1993 ("Cross-

3  Complainants") allege as follows:

4    1.    Cross-Complainants are informed and believe, and based on said information and

5  belief allege that Leona A. Johnson and Arthur J. Johnson, husband and wife, and Nancy Nelson,

6  an individual (collectively referred to herein as "Cross-Defendants") are tenants under the Lease

7  and are residents of the State of California.

8    2.    This court has jurisdiction of this action pursuant to 28 USC § 1367.

9    3.    Cross-Defendants DOES 1 through 20, inclusive, are sued herein under fictitious

10  names.  Their true names and capacities are unknown to Cross-Complainants.  When the true

11  names and capacities are ascertained, Cross-Complainants will seek to amend this Cross-

12  Complaint and insert their true names and capacities herein.

13    4.    Cross-Complainants are informed and believe and thereon allege that each of the

14  Cross-Defendants herein, including the fictitiously named Cross-Defendants, were at all times

15  herein mentioned the agents or employees of the other Cross-Defendants and acting within the

16  course and scope of that agency or employment.

17    5.    On or about July 24, 1959, Cross-Complainants' and Cross-Defendants'

18  predecessors-in-interest entered into a Ground Lease ("Lease") whereby Cross-Defendants leased

19  from Cross-Complainants the grounds upon which the building that is the subject of the current

20  ADA Compliant is located upon.  This location is commonly known as 1429 Cypress Street,

21  Walnut Creek, California ("Premises").

22    6.    On or about March 2, 1961, by written assignment, Cross-Defendants became

23  lessees-in-interest in the Premises.

24    7.    Pursuant to the Lease between the parties, Cross-Defendants and their

25  predecessors-in-interest constructed a building upon the grounds, the entrance to that building

26  which is subject to the present ADA complaint by Plaintiff.

27  ///

28  ///

1

FIRST CAUSE OF ACTION:  INDEMNIFICATION

2      8.      Cross-Complainants reallege and incorporate herein by this reference each and

3  every allegation contained in paragraph 1 through 7 of this cross-complaint as though fully set

4  forth herein.

5      9.      Pursuant to Paragraphs 8, 9 and 10 of the Lease between Cross-Complainants and

6  Cross-Defendants, Cross-Defendants are required to indemnify and hold harmless Cross-

7  Complainants for any and all actions related to the building or improvements upon the premises

8  leased to Cross-Defendants.

9      10.     On at least two occasions in writing to Cross-Defendants' agent, Cross-

10  Complainants have requested that Cross-Defendants provide indemnification as required by the

11  Lease.  To date, Cross-Defendant has refused to do so.

12

SECOND CAUSE OF ACTION: BREACH OF LEASE

13      11.     Cross-Complainants reallege and incorporate herein by this reference each and

14  every allegation contained in paragraph 1 through 10 of this cross-complaint as though fully set

15  forth herein.

16      12.     Cross-Complainants and Cross-Defendants by and through their predecessors

17  entered into a written Lease on or about July 24, 1959 whereby Cross-Defendants by and through

18  their predecessors-in-interest agreed to perform certain covenants including, but not limited to,

19  indemnifying Cross-Complainants for any actions relating to Cross-Defendants' occupancy and

20  use of the Premises.  Cross-Defendants have breached their obligations under the contract by

21  failing to indemnify the Cross-Complainants.

22      13.     As a result of Cross-Defendants' ongoing breach of the written Lease, Cross-

23  Complainants request that the Lease be declared terminated and that Cross-Defendants be ordered

24  to return possession of the Premises to Cross-Complainants.

25      WHEREFORE, Cross-Complainants pray for relief as hereinafter stated:

26      1.      That the Court award Cross-Complainants all fees, costs and other expenses

27  incurred as a result of defending the present action;

28  ///

1          2.       That the Lease between Cross-Complainants and Cross-Defendants be

2    declared terminated;

3          3.       That Cross-Complainants be entitled to possession of the leased premises;

4          4.       The Court grant such other and further relief as this Court may deem just

5    and proper.

6    DATED:        May 6, 2008            ANDERSEN & BONNIFIELD
                                          Attorneys for Defendants and Cross-Complainants
7

8
                                          By:  ___/s/ Cary D. McReynolds_____
9                                                 CARY D. McREYNOLDS

10
     J:\KVAM\PLD\X-COMPLAINT02.wpd
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Third Party Complaint Against Nelson and Johnsons        4