THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for David Johnson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHNSON, | Case No.  C 07-6400-PJH |
| Plaintiff, | PLAINTIFF'S NOTICE OF NEED FOR MEDIATION |
| v. | |
| BARBARA SHIELDS, | |
| Defendant. _____/ | |
| and related Third Party Complaint. _____/ | |

    Plaintiff hereby gives notice that a Mediation is needed.  The joint inspection has occurred.

May 12, 2008

                                        S/Thomas N. Stewart, III
                                          Attorney for Plaintiff