# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Johnson,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>Francis G. Shields Revocable Trust<br><br>Dated July 21,,<br><br>　　　　　　Defendant(s). | 07-06400 PJH MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　　The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Robin W. Siefkin**
> US District Court - ADR Unit
> 450 Golden Gate Ave., 16th Fl.
> San Francisco, CA 94102
> 415-522-4636
> Robin_Siefkin@cand.uscourts.gov

　　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-06400 PJH MED　　　　　　　　　　　　- 1 -

1     Counsel are reminded that the written mediation statements required by the ADR
2 L.R. 6-7 shall NOT be filed with the court.

3

4 Dated: May 22, 2008

                                        RICHARD W. WIEKING
                                        Clerk
                                        by:    Claudia M. Forehand



                                        ADR Case Administrator
                                        415-522-2059
                                        Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**