| | |
|---|---|
| 1 | CARY D. MCREYNOLDS, #191112 |
|   | R.M. BONNIFIELD, #60616 |
| 2 | NICHOLAS ROSCHA, #181501 |
|   | ANDERSEN & BONNIFIELD |
| 3 | One Corporate Centre |
|   | 1320 Willow Pass Road, Suite 500 |
| 4 | Concord, California 94520 |
|   | Telephone: (925) 602-1400 |

Attorneys for Defendants and Cross-Complainants FRANCIS G. SHIELDS REVOCABLE TRUST DATED JULY 21, 2004 AND BARBARA J. SHIELDS 1993 TRUST UTA DATED MAY 25, 1993

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHNSON, | CASE NO.: C 07-6400-PJH |
| Plaintiff, | <u>Civil Rights</u> |
| v. | NOTICE OF VOLUNTARY DISMISSAL - THIRD PARTY COMPLAINT |
| FRANCIS G. SHIELDS REVOCABLE TRUST DATED JULY 21, 2004 AND BARBARA J. SHIELDS 1993 TRUST UTA DATED MAY 25, 1993, | |
| Defendants. | |
| FRANCIS G. SHIELDS REVOCABLE TRUST DATED JULY 21, 2004 AND BARBARA J. SHIELDS 1993 TRUST UTA DATED MAY 25, 1993, | |
| Cross-Complainants, | |
| v. | |
| NANCY NELSON, LEONA A. JOHNSON AND ARTHUR J. JOHNSON and DOES 1 through 20, | |
| Cross-Defendant. | |

///

///

1 | NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a) that Cross-plaintiffs Shields
2 | Trusts dismiss the above captioned third party complaint with prejudice against all parties.

DATED:     June 30, 2008          ANDERSEN & BONNIFIELD
                                  Attorneys for FRANCIS G. SHIELDS
                                  REVOCABLE TRUST DATED JULY 21, 2004
                                  AND BARBARA J. SHIELDS 1993 TRUST UTA
                                  DATED MAY 25, 1993


                                  By:  /s/ Cary D. McReynolds
                                       CARY D. McREYNOLDS, ESQ.

J:\KVAM\PLD\Dismissal- Filed Copy.wpd