1  CARY D. MCREYNOLDS, #191112
   R.M. BONNIFIELD, #60616
2  NICHOLAS ROSCHA, #181501
   ANDERSEN & BONNIFIELD
3  One Corporate Centre
   1320 Willow Pass Road, Suite 500
4  Concord, California  94520
   Telephone: (925) 602-1400
5
   Attorneys for Defendants and Cross-Complainants FRANCIS G. SHIELDS
6  REVOCABLE TRUST DATED JULY 21, 2004
   AND BARBARA J. SHIELDS 1993 TRUST UTA
7  DATED MAY 25, 1993

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11 DAVID JOHNSON,                       )   CASE NO.: C 07-6400-PJH
                                         )   Civil Rights
12         Plaintiff,                    )
                                         )
13         v.                            )   NOTICE OF VOLUNTARY DISMISSAL -
                                         )   THIRD PARTY COMPLAINT
14 FRANCIS G. SHIELDS REVOCABLE         )
   TRUST DATED JULY 21, 2004 AND        )
15 BARBARA J. SHIELDS 1993 TRUST        )
   UTA DATED MAY 25, 1993,              )
16                                       )
           Defendants.                   )
17                                       )
   _____ )
18                                       )
   FRANCIS G. SHIELDS REVOCABLE         )
19 TRUST DATED JULY 21, 2004 AND        )
   BARBARA J. SHIELDS 1993 TRUST        )
20 UTA DATED MAY 25, 1993,              )
                                         )
21         Cross-Complainants,           )
                                         )
22         v.                            )
                                         )
23 NANCY NELSON, LEONA A. JOHNSON       )
   AND ARTHUR J. JOHNSON and DOES 1     )
24 through 20,                          )
                                         )
25         Cross-Defendant.              )
   _____)
26

27 ///

28 ///

Dismissal                                1

1  NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a) that Cross-plaintiffs Shields

2  Trusts dismiss the above captioned third party complaint with prejudice against all parties.

4
   DATED:       June 30, 2008              ANDERSEN & BONNIFIELD
5                                          Attorneys for FRANCIS G. SHIELDS
                                           REVOCABLE TRUST DATED JULY 21, 2004
6                                          AND BARBARA J. SHIELDS 1993 TRUST UTA
                                           DATED MAY 25, 1993

8                                          By:  /s/ Cary D. McReynolds
                                                CARY D. McREYNOLDS, ESQ.

   J:\KVAM\PLD\Dismissal- Filed Copy.wpd      7/2/08

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA